Magistrate Judge

FILED ___ ENTERED
LODGED ___ RECEIVED

MAR 27 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

03-MJ-00004-M

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE'S DOCKET NO. |
| Plaintiff, | CASE NO. 03-MJ-00004 |
| v. | MOTION FOR DISMISSAL WITHOUT PREJUDICE, TO QUASH WARRANT, AND TO UNSEAL FILE |
| RAFAEL REYNA, a/k/a Rafael Romero-Reyna, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses without prejudice the criminal complaint charging Unlawful Flight to Avoid Prosecution in violation of 18 U.S.C. § 1073, that is presently pending against RAFAEL REYNA, to quash the warrant, and further moves to unseal the file as defendant was arrested on July 12, 2007, and the matter has been resolved in King County.

DATED this 27th day of March, 2009.

Respectfully submitted,

JEFFREY C. SULLIVAN,
United States Attorney

_____
LAWRENCE LINCOLN
Assistant United States Attorney

MOTION TO DISMISS, QUASH WARRANT, UNSEAL
RAFAEL REYNA — 1
03-MJ-00004

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970